# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | | |
|---|---|---|
| **PHILLIP BRYAN HARRIS,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No: 1:13-cv-128 (WLS) |
| | : | |
| Sheriff **KEVIN SPROUL**, *et al.*, | : | Proceedings Under 42 U.S.C. § 1983 |
| Defendants. | : | Before the U.S. Magistrate Judge |

## RECOMMENDATION

Before the Court is a Motion to Dismiss filed by Defendants Lieutenant Parks and Lieutenant Montgerard. Doc. 15. In his response to the Motion to Dismiss, Plaintiff Phillip Bryan Harris requests that the Court dismiss both Lieutenant Parks and Lieutenant Montgerard from the above-styled case because Plaintiff intended "to exclude these two as they have no role in full creation of policies nor finalizing [of policies]." Doc. 20. Because Plaintiff concedes that Lieutenant Parks and Lieutenant Montgerard should be dismissed from this case, it is hereby **RECOMMENDED** that the Motion to Dismiss filed by Defendants Lieutenant Parks and Lieutenant Montgerard (Doc. 15) be **GRANTED.**

Pursuant to 28 U.S.C. § 636(b)(1), the parties may serve and file written objections to this Recommendation with the District Judge to whom the case is assigned **within fourteen (14) days** after being served with a copy thereof.

**SO RECOMMENDED**, this the 31st day of December, 2013.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge