IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| PHILLIP BRYAN HARRIS, | : | |
| | : | |
| Plaintiff, | : | Case No. 1:13-CV-128 (WLS) |
| | : | |
| v. | : | |
| | : | |
| Sheriff KEVIN SPROUL, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

Before the Court is a Recommendation (Doc. 24) from United States Magistrate Judge Charles H. Weigle, filed December 31, 2013. It is recommended that the Court grant Defendants Lieutenants Parks and Montgerard's Motion to Dismiss (Doc. 15) because Plaintiff has conceded that these two defendants should be dismissed from this case. (Doc. 24.) No objections were filed within the fourteen-day period provided pursuant to 28 U.S.C. § 636(b)(1). The objection period expired on January 14, 2014. (*See* Doc. 24; Docket).

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 24) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Defendants Lieutenants Parks and Montgerard's Motion to Dismiss (Doc. 15) is hereby **GRANTED**, and Lieutenants Parks and Montgerard are therefore **DISMISSED** from Plaintiff's Complaint (Docs. 1, 6).

1

**SO ORDERED**, this  18th  day of February 2014.

                                       /s/ W. Louis Sands
                                       **W. LOUIS SANDS, JUDGE**
                                       **UNITED STATES DISTRICT COURT**